Opinion by Lawrence, J. In accordance with stipulation of counsel that certain items of the merchandise consist of speedometers and parts thereof similar in all material respects to the merchandise the subject of *Industrial Operations, Inc.* v. *United States* (30 Cust. Ct. 82, C. D. 1500), except that the speedometers and parts thereof in the cited case were designed and intended for use as parts of motorcycles whereas those at bar are intended for use as parts of automobiles, the claim of the plaintiffs was sustained.

No. 58141.—H. A. Wood *v.* United States, protest 146527–K (Pembina).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as the toilet paper in rolls the subject of *Douglas Paper Co.* v. *United States* (30 Cust. Ct. 87, C. D. 1501), the claim of the plaintiff was sustained.

No. 58142.—Alexanders Dept. Stores, Inc., et al. *v.* United States, protests 187950–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects as those the subject of Abstract 56124, the claim of the plaintiffs was sustained.

No. 58143.—Pan American Textile Company and John L. Westland & Son et al. *v.* United States, protests 171748–K, etc. (Los Angeles).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of gloves the same in all material respects as those involved in Abstract 57694, the claim of the plaintiffs was sustained.

No. 58144.—Acrow, Incorporated, and Frank P. Dow Co., Inc. *v.* United States, protests 171782–K, etc. (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of building shores the same in all material respects as those involved in Abstract 57727, the claim of the plaintiffs was sustained.

**No. 58145.**—Acrow, Incorporated *v.* United States, protests 183722–K and 183971–K (Galveston).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of building shores the same in all material respects as those involved in Abstract 57727, the claim of the plaintiff was sustained.

**No. 58146.**—Acrow, Incorporated *v.* United States, protest 187208–K (Galveston).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of building shores the same in all material respects as those involved in Abstract 57727, the claim at 15 percent under paragraph 372, as modified, *supra*, was sustained as to entry 2652H, and the claim at 13¾ percent under said paragraph, as modified, *supra*, was sustained as to entry 214H.

**No. 58147.**—Acrow, Incorporated, and Frank P. Dow Co., Inc. *v.* United States, protest 199486–K (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of building shores the same in all material respects as those involved in Abstract 57727, the claim of the plaintiffs was sustained.

**No. 58148.**—Malino Veilings *v.* United States, protest 219838–K (New York).